**E-filed 2/24/06**

BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ACOSTA-GRAJALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00084 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING AND |
| vs. ) | EXCLUDING TIME UNDER THE SPEEDY |
| ) | TRIAL ACT |
| JOSE ALFREDO ACOSTA-GRAJALES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter may be continued from Wednesday, February 22, 2006 to Wednesday, March 8, 2006, to permit the defense to investigate possible motions.  The parties further stipulate and agree that the 14 days from February 22 to March 8, 2006 may be excluded from the computation of time within which trial shall commence, on the ground that it is reasonably necessary for effective preparation.

Dated: February 21, 2006

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Stipulation and [Proposed] Order Continuing
Hearing                                                    1

Dated: February 21, 2006

                                s/_____
                                SUSAN A. KNIGHT
                                Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Wednesday, February 22, 2006 to Wednesday, March 8, 2006 at 9:00 a.m.

It is further ordered that the 14 days shall be excluded from the computation of the time within which trial shall commence under the Speedy Trial Act, as reasonably necessary for effective preparation.

Dated: February 22, 2006

_____
JEREMY FOGEL
United States District Judge